IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JOSHUA BOSS CUPPLES                                                                       PLAINTIFF

v.                                 Case No. 4:23-cv-04109

SERGEANT ATKINS; and
SERGEANT FRAZIER                                              DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation issued by the Honorable Christy D. Comstock, United States Magistrate Judge for the Western District of Arkansas. ECF No. 6. Judge Comstock recommends that Plaintiff's Complaint (ECF No. 1) be dismissed without prejudice for failure to state a claim under 28 U.S.C. § 1915A(b)(1).

Plaintiff has not filed an objection to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding that there is no clear error on the face of the record and that Judge Comstock's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 6) *in toto*. Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 2nd day of February, 2024.

                                                                   /s/ Susan O. Hickey
                                                                   Susan O. Hickey
                                                                   Chief United States District Judge